B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Indiana

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**New Holland Dairy, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5511300** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**385 W 400 S**<br>**Bluffton, IN**<br>ZIP Code **46714** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wells** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)         Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**New Holland Dairy, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**New Holland Dairy Leasing LLC** | Case Number:<br>**To be filed** | Date Filed:<br>**9/27/11** |
| District:<br>**Northern District of Indiana** | Relationship:<br>**affiliate** | Judge:<br>**Robert E. Grant** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(4/10) | Page 3 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **New Holland Dairy, LLC** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _/s/ Daniel J. Skekloff_____
Signature of Attorney for Debtor(s)

**Daniel J. Skekloff 146-02**
Printed Name of Attorney for Debtor(s)

**Skekloff, Adelsperger & Kleven, LLP**
Firm Name

**927 South Harrison Street**
**Fort Wayne, IN 46802**

_____
Address

**260/407-7000  Fax: 260/407-7137**
Telephone Number

Sept 27, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Gerritt Houtjes_____
Signature of Authorized Individual

**Gerritt Houtjes**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

Date  9-27-11

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re **New Holland Dairy, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1st Ayd<br>P.O. Box 5298<br>Elgin, IL 60121-5298 | 1st Ayd<br>P.O. Box 5298<br>Elgin, IL 60121-5298 | | | 1,508.17 |
| Apache Propane<br>4208 E. State Road 124<br>Bluffton, IN 46714 | Apache Propane<br>4208 E. State Road 124<br>Bluffton, IN 46714 | | | 1,795.21 |
| Atta Genetics USA Inc.<br>N8350 High Road<br>P.O. Box 437<br>Watertown, WI 53094 | Atta Genetics USA Inc.<br>N8350 High Road<br>P.O. Box 437<br>Watertown, WI 53094 | | | 1,799.05 |
| Bank of America<br>P.O. Box 2864<br>FL0-100-04-24<br>Building 100 4th Floor<br>Jacksonville, FL 32232-9923 | Bank of America<br>P.O. Box 2864<br>FL0-100-04-24<br>Jacksonville, FL 32232-9923 | | Contingent | 3,200,000.00<br>(0.00 secured)<br>(3,546,000.00 senior lien) |
| DeLaval<br>2810 S. Canal Rd.<br>Lansing, MI 48917 | DeLaval<br>2810 S. Canal Rd.<br>Lansing, MI 48917 | | | 840,500.00 |
| EMJ Farms LLC<br>5135 South 500 East<br>Bluffton, IN 46714 | EMJ Farms LLC<br>5135 South 500 East<br>Bluffton, IN 46714 | | | 17,243.92 |
| Endres Processing Michigan LLC<br>Dept. # 1122<br>P.O. Box 1521<br>Minneapolis, MN 55480-1521 | Endres Processing Michigan LLC<br>Dept. # 1122<br>P.O. Box 1521<br>Minneapolis, MN 55480-1521 | | | 6,931.13 |
| Genske Mulder & Co. LLP<br>1835 Newport Blvd. Ste. D-263<br>Costa Mesa, CA 92627 | Genske Mulder & Co. LLP<br>1835 Newport Blvd. Ste. D-263<br>Costa Mesa, CA 92627 | | | 1,000.00 |
| Maple Creek Hay<br>c/o Mike Fiechter<br>6630 E 700 N<br>Ossian, IN 46777 | Maple Creek Hay<br>c/o Mike Fiechter<br>6630 E 700 N<br>Ossian, IN 46777 | | | 45,399.80 |
| Maria Stein Animal Clinic<br>8155 St. Rt. 119<br>Maria Stein, OH 45860 | Maria Stein Animal Clinic<br>8155 St. Rt. 119<br>Maria Stein, OH 45860 | | | 2,501.05 |

B4 (Official Form 4) (12/07) - Cont.
In re  **New Holland Dairy, LLC**                                         Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mensch Manufacturing<br>2499 S. Hwy M-37<br>P.O. Box 418<br>Hastings, MI 49058-0418 | Mensch Manufacturing<br>2499 S. Hwy M-37<br>P.O. Box 418<br>Hastings, MI 49058-0418 | | | 863.37 |
| Mercer Landmark<br>417 W. Market St.<br>Celina, OH 45822 | Mercer Landmark<br>417 W. Market St.<br>Celina, OH 45822 | | | 2,560.81 |
| Mike Prible<br>0470 S 300 W<br>Bluffton, IN 46714 | Mike Prible<br>0470 S 300 W<br>Bluffton, IN 46714 | | | 9,839.03 |
| MWI Veterinary Supply<br>P.O. Box 910<br>Meridian, ID 83680 | MWI Veterinary Supply<br>P.O. Box 910<br>Meridian, ID 83680 | | | 6,501.27 |
| Performance Feed & Seed Inc.<br>Bob & Jason Braynt<br>2069 Satinwood Dr.<br>Mansfield, OH 44900 | Performance Feed & Seed Inc.<br>Bob & Jason Braynt<br>2069 Satinwood Dr.<br>Mansfield, OH 44900 | | | 20,836.57 |
| Phenix Farms Inc.<br>c/o Darrick Plummer<br>11293 S 700 E-90<br>Geneva, IN 46740 | Phenix Farms Inc.<br>c/o Darrick Plummer<br>11293 S 700 E-90<br>Geneva, IN 46740 | | | 10,374.47 |
| Semex USA<br>2866 Agriculture Drive<br>Madison, WI 53718-6790 | Semex USA<br>2866 Agriculture Drive<br>Madison, WI 53718-6790 | | | 700.00 |
| Shipshewana Auction<br>P.O. Box 185<br>Shipshewana, IN 46565 | Shipshewana Auction<br>P.O. Box 185<br>Shipshewana, IN 46565 | | | 31,300.00 |
| Steffen Oil<br>705 West Market St.<br>Bluffton, IN 46714 | Steffen Oil<br>705 West Market St.<br>Bluffton, IN 46714 | | | 11,154.27 |
| Veterinary & Poultry Supply Inc.<br>P.O. Box 458<br>Goshen, IN 46527-0458 | Veterinary & Poultry Supply Inc.<br>P.O. Box 458<br>Goshen, IN 46527-0458 | | | 907.04 |

B4 (Official Form 4) (12/07) - Cont.

In re **New Holland Dairy, LLC**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    9-27-11          Signature    /s/ Gerritt Houtje
                                                                                           **Gerritt Houtjes**
                                                                                          **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Indiana

In re  **New Holland Dairy, LLC**                                                         Case No. _____
                                    Debtor(s)                                              Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 20,000.00 retainer to be applied to hourly rates |
   | Prior to the filing of this statement I have received | $ 8,334.00 for pre-petition services |
   | Balance Due | $ Hourly rates |
   | | $260/hr - $320/hr partners |
   | | $190/hr associate |

2. The source of the compensation paid to me was:
   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]Representation of Debtor in Possession in chapter 11 proceeding.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: Any non-bankruptcy related representation.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  _Sept 27, 2011_                              _/s/ Daniel Skekloff_
                                                     Daniel J. Skekloff 146-02
                                                     Skekloff, Adelsperger & Kleven, LLP
                                                     927 South Harrison Street
                                                     Fort Wayne, IN 46802
                                                     260/407-7000   Fax: 260/407-7137

# United States Bankruptcy Court
## Northern District of Indiana

In re  **New Holland Dairy, LLC**
                                Debtor

Case No. _____

Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Gerrit Houtjes**<br>385 W. 400 S.<br>Bluffton, IN 46714 | | | **100% Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  9-27-11                                Signature  /s/ Houtjes
                                                                **Gerritt Houtjes**
                                                                **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Indiana

In re   **New Holland Dairy, LLC**                                    Case No. _____
                                   Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __9-27-11__                     _____
                                        **Gerritt Houtjes/Managing Member**
                                        Signer/Title

```
1ST AYD
P.O. BOX 5298
ELGIN, IL 60121-5298


APACHE PROPANE
4208 E. STATE ROAD 124
BLUFFTON, IN 46714


ATTA GENETICS USA INC.
N8350 HIGH ROAD
P.O. BOX 437
WATERTOWN, WI 53094


BANK OF AMERICA
P.O. BOX 2864
FL0-100-04-24
BUILDING 100 4TH FLOOR
JACKSONVILLE, FL 32232-9923


CHAD FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


CHAD, JAY, & MICHAEL FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


CHRISTMAN ELECTRIC
1019 W-100 N
HUNTINGTON, IN 46750


DELAVAL
2810 S. CANAL RD.
LANSING, MI 48917


EMJ FARMS LLC
5135 SOUTH 500 EAST
BLUFFTON, IN 46714
```

```
ENDRES PROCESSING MICHIGAN LLC
DEPT. # 1122
P.O. BOX 1521
MINNEAPOLIS, MN 55480-1521


GARRETT LABORATORIES INC.
P.O. BOX 645
NILES, MI 49120-0645


GENSKE MULDER & CO. LLP
1835 NEWPORT BLVD. STE. D-263
COSTA MESA, CA 92627


GERRIT HOUTJES
385 WEST 400 SOUTH
BLUFFTON, IN 46714


GERRIT HOUTJES
385 W 400 S
BLUFFTON, IN 46714


GERRIT HOUTJES
385 W. 400 S.
BLUFFTON, IN 46714


JAY FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


JOHN DEERE CREDIT
6400 NW 86TH ST.
P.O. BOX 6600
JOHNSTON, IA 50131-6600


JOHN DEERE CREDIT
6400 NW 86TH STREET
P.O. BOX 6630
JOHNSTON, IA 50131
```

MAPLE CREEK HAY
C/O MIKE FIECHTER
6630 E 700 N
OSSIAN, IN 46777


MARIA STEIN ANIMAL CLINIC
8155 ST. RT. 119
MARIA STEIN, OH 45860


MENSCH MANUFACTURING
2499 S. HWY M-37
P.O. BOX 418
HASTINGS, MI 49058-0418


MERCER LANDMARK
417 W. MARKET ST.
CELINA, OH 45822


MICHAEL FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


MIDWEST DAIRY INVESTMENTS, LLC
1290 NORTH SHOOP AVE., STE. 140
WAUSEON, OH 43567


MIKE PRIBLE
0470 S 300 W
BLUFFTON, IN 46714


MWI VETERINARY SUPPLY
P.O. BOX 910
MERIDIAN, ID 83680


NAPA
643 N. MAIN
BLUFFTON, IN 46714

```
NEW HOLLAND DAIRY LEASING, LLC
385 W 400 S
BLUFFTON, IN 46714


NEW HOLLAND DAIRY LEASING, LLC
385 WEST 400 SOUTH
BLUFFTON, IN 46714


NORTHWOOD COMPUTER
2837 EAST STATE ROAD 124
BLUFFTON, IN 46714


PERFORMANCE FEED & SEED INC.
BOB & JASON BRAYNT
2069 SATINWOOD DR.
MANSFIELD, OH 44900


PHENIX FARMS INC.
C/O DARRICK PLUMMER
11293 S 700 E-90
GENEVA, IN 46740


RESERVE NATIONAL INSURANCE COMPANY
P.O. BOX 26620
OKLAHOMA CITY, OK 73126-0620


ROCK CREEK DAIRY, LLC
8370 S 500 W
PONETO, IN 46781


SEMEX USA
2866 AGRICULTURE DRIVE
MADISON, WI 53718-6790


SHIPSHEWANA AUCTION
P.O. BOX 185
SHIPSHEWANA, IN 46565
```

```
SILLIKER INC.
3155 PAYSPHERE CIRCLE
CHICAGO, IL 60674


STANDARD FERTILIZER CO.
2006 SOUTH 60 SW
GREENSBURG, IN 47240


STEFFEN OIL
705 WEST MARKET ST.
BLUFFTON, IN 46714


TROXEL EQUIPMENT
5068 E. 100 NORTH
BLUFFTON, IN 46714


UNITED DAIRY GROUP
1290 N. SHOOP AVE., STE. 140
WAUSEON, OH 43567


VETERINARY & POULTRY SUPPLY INC.
P.O. BOX 458
GOSHEN, IN 46527-0458


WELLS COUNTY TREASURER
102 W. MARKET ST.
SUITE 204
BLUFFTON, IN 46714


WELLS FARGO EQUIPMENT FINANCE
733 MARQUETTE AVE., STE. 700
MINNEAPOLIS, MN 55402


WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVE., STE. 700
MINNEAPOLIS, MN 55402
```

```
1ST AYD
P.O. BOX 5298
ELGIN, IL 60121-5298


APACHE PROPANE
4208 E. STATE ROAD 124
BLUFFTON, IN 46714


ATTA GENETICS USA INC.
N8350 HIGH ROAD
P.O. BOX 437
WATERTOWN, WI 53094


BANK OF AMERICA
P.O. BOX 2864
FL0-100-04-24
BUILDING 100 4TH FLOOR
JACKSONVILLE, FL 32232-9923


CHAD FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


CHAD, JAY, & MICHAEL FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


CHRISTMAN ELECTRIC
1019 W-100 N
HUNTINGTON, IN 46750


DELAVAL
2810 S. CANAL RD.
LANSING, MI 48917


EMJ FARMS LLC
5135 SOUTH 500 EAST
BLUFFTON, IN 46714
```

```
ENDRES PROCESSING MICHIGAN LLC
DEPT. # 1122
P.O. BOX 1521
MINNEAPOLIS, MN 55480-1521


GARRETT LABORATORIES INC.
P.O. BOX 645
NILES, MI 49120-0645


GENSKE MULDER & CO. LLP
1835 NEWPORT BLVD. STE. D-263
COSTA MESA, CA 92627


GERRIT HOUTJES
385 WEST 400 SOUTH
BLUFFTON, IN 46714


GERRIT HOUTJES
385 W 400 S
BLUFFTON, IN 46714


GERRIT HOUTJES
385 W. 400 S.
BLUFFTON, IN 46714


JAY FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


JOHN DEERE CREDIT
6400 NW 86TH ST.
P.O. BOX 6600
JOHNSTON, IA 50131-6600


JOHN DEERE CREDIT
6400 NW 86TH STREET
P.O. BOX 6630
JOHNSTON, IA 50131
```

```
MAPLE CREEK HAY
C/O MIKE FIECHTER
6630 E 700 N
OSSIAN, IN 46777


MARIA STEIN ANIMAL CLINIC
8155 ST. RT. 119
MARIA STEIN, OH 45860


MENSCH MANUFACTURING
2499 S. HWY M-37
P.O. BOX 418
HASTINGS, MI 49058-0418


MERCER LANDMARK
417 W. MARKET ST.
CELINA, OH 45822


MICHAEL FIECHTER
6630 EAST 700 NORTH
OSSIAN, IN 46777


MIDWEST DAIRY INVESTMENTS, LLC
1290 NORTH SHOOP AVE., STE. 140
WAUSEON, OH 43567


MIKE PRIBLE
0470 S 300 W
BLUFFTON, IN 46714


MWI VETERINARY SUPPLY
P.O. BOX 910
MERIDIAN, ID 83680


NAPA
643 N. MAIN
BLUFFTON, IN 46714
```

```
NEW HOLLAND DAIRY LEASING, LLC
385 W 400 S
BLUFFTON, IN 46714


NEW HOLLAND DAIRY LEASING, LLC
385 WEST 400 SOUTH
BLUFFTON, IN 46714


NORTHWOOD COMPUTER
2837 EAST STATE ROAD 124
BLUFFTON, IN 46714


PERFORMANCE FEED & SEED INC.
BOB & JASON BRAYNT
2069 SATINWOOD DR.
MANSFIELD, OH 44900


PHENIX FARMS INC.
C/O DARRICK PLUMMER
11293 S 700 E-90
GENEVA, IN 46740


RESERVE NATIONAL INSURANCE COMPANY
P.O. BOX 26620
OKLAHOMA CITY, OK 73126-0620


ROCK CREEK DAIRY, LLC
8370 S 500 W
PONETO, IN 46781


SEMEX USA
2866 AGRICULTURE DRIVE
MADISON, WI 53718-6790


SHIPSHEWANA AUCTION
P.O. BOX 185
SHIPSHEWANA, IN 46565
```

```
SILLIKER INC.
3155 PAYSPHERE CIRCLE
CHICAGO, IL 60674


STANDARD FERTILIZER CO.
2006 SOUTH 60 SW
GREENSBURG, IN 47240


STEFFEN OIL
705 WEST MARKET ST.
BLUFFTON, IN 46714


TROXEL EQUIPMENT
5068 E. 100 NORTH
BLUFFTON, IN 46714


UNITED DAIRY GROUP
1290 N. SHOOP AVE., STE. 140
WAUSEON, OH 43567


VETERINARY & POULTRY SUPPLY INC.
P.O. BOX 458
GOSHEN, IN 46527-0458


WELLS COUNTY TREASURER
102 W. MARKET ST.
SUITE 204
BLUFFTON, IN 46714


WELLS FARGO EQUIPMENT FINANCE
733 MARQUETTE AVE., STE. 700
MINNEAPOLIS, MN 55402


WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVE., STE. 700
MINNEAPOLIS, MN 55402
```

# United States Bankruptcy Court
### Northern District of Indiana

In re  **New Holland Dairy, LLC**                                                                                                 Case No. _____

                                                           Debtor(s)                                                                Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **New Holland Dairy, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_Sept 27, 2011_
Date

/s/ Daniel J. Skekloff
Daniel J. Skekloff 146-02
Signature of Attorney or Litigant
Counsel for  **New Holland Dairy, LLC**
**Skekloff, Adelsperger & Kleven, LLP**
927 South Harrison Street
Fort Wayne, IN 46802
260/407-7000 Fax:260/407-7137