UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 11-13644 |
| | ) | CHAPTER | 11 |
| NEW HOLLAND DAIRY, LLC | ) | REG/tb | |
| | ) | | |
| Debtor(s) | | | |

**<u>ORDER</u>**

At Fort Wayne, Indiana, on  October 25, 2011.

A final hearing with regard to Debtor's emergency motion to use of cash collateral was held in Fort Wayne, Indiana, on October 19, 2011, with Daniel Skekloff, counsel for debtor, Matthew Hohman, counsel for Bank of America, and Kristin Mihelic, counsel for the United States Trustee, present.

The court was advised that this matter is settled.  The parties shall file an agreed order which the court will approve without further notice.

Pending approval of the forthcoming agreed order, Debtor may use the cash collateral securing Bank of America's claim in accordance with the terms of the court's order of September 30, 2011.

The court will hold a status conference on the debtors' motion for use of cash collateral on **January 4, 2012 at 10:30 a.m.** in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court